UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CRIMINAL ACTION NO. 04-58-C**

**UNITED STATES OF AMERICA,**                                             **PLAINTIFF,**

**V.**                                **O R D E R**

**JOHN DAVID MORGAN,**                                                **DEFENDANT.**

* * * * * * * * * *

      This matter is before the court on the Report and Recommendation of U.S. Magistrate Judge James D. Moyer (DE 96). Fully advised, the court **ORDERS** that the Report and Recommendation is **ACCEPTED** and **ADOPTED** as the opinion of the Court.

      **IT IS FURTHER ORDERED** that the conditions of the defendant's term of supervised release are modified to include a condition that the defendant be placed in, and successfully complete, a transitional residential substance abuse treatment program located at the Shepherd's House, 154 Bonnie Brae Drive, Lexington, Kentucky 40508 for a period of one year. The defendant shall remain in custody pending the availability of a bed at the facility. It is anticipated that a bed will be available within the next sixty (60) days. When space is available in the program, United States Probation Officer Joel N. Cotton will notify the Court, through the Office of the Federal Defender, to arrange for the defendant's release and method of transportation to the facility. In the event the defendant fails to abide by the rules and regulations of the facility once he is placed, or is terminated from the program altogether, the Office of the Federal Defender or the United States Probation Officer shall immediately notify the Court. All other terms and conditions of the defendant's supervised release previously imposed in this case shall remain in full force and effect. Following the defendant's confinement, his supervised release is re-imposed under the original conditions.

Signed on  September 26, 2008

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**